# EXHIBIT B

Document Description: **Response to Office Action**
Mail / Create Date: **25-Feb-2010**

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77876140 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 111 |
| **MARK SECTION (no change)** | |
| **ARGUMENT(S)** | |
| The term "US" in the proposed mark is no more geographically descriptive than the "US" used in trademark registration no. 2410772 (US Weekly).  Just because the company is based in the United States does not mean that it only offers its services in the United States.  The website clearly indicates that the company operates on a world-wide basis.  In addition, the applicant respectfully submits that the phrase "Copyright Group" is merely descriptive or generic.  In this instance, the words "Copyright Group" could mean anything from a fan club or intellectual organization devoted to the study of copyrights to a group that produces original works of authorship to be copyrighted.  With all due respect, it is highly unlikely that if a random person were asked to guess what services are provided by US Copyright Group, he/she would guess that the company provides worldwide copyright enforcement and protection services, namely, assisting copyright holders prevent copyright infringement and recover losses due to copyright infringement.  Accordingly, the proposed mark is not merely descriptive or generic because it is not obvious at all what the company does. In fact, it is the only company of its kind, as far as the applicant is aware. | |
| **ADDITIONAL STATEMENTS SECTION** | |
| **SUPPLEMENTAL REGISTER** | The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register'). |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /jeff weaver/ |
| **SIGNATORY'S NAME** | Jeffrey W. Weaver |
| **SIGNATORY'S POSITION** | Attorney of record, Virginia bar member |

| | |
|---|---|
| **DATE SIGNED** | 02/25/2010 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Feb 25 14:34:53 EST 2010 |
| **TEAS STAMP** | USPTO/ROA-162.83.95.63-20100225143453049091-77876140-460b5a9e980b9fbf643b5c1d31c19aa6d7-N/A-N/A-20100225142528564694 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77876140** has been amended as follows:

## ARGUMENT(S)
**In response to the substantive refusal(s), please note the following:**

The term "US" in the proposed mark is no more geographically descriptive than the "US" used in trademark registration no. 2410772 (US Weekly).  Just because the company is based in the United States does not mean that it only offers its services in the United States.  The website clearly indicates that the company operates on a world-wide basis.  In addition, the applicant respectfully submits that the phrase "Copyright Group" is merely descriptive or generic.  In this instance, the words "Copyright Group" could mean anything from a fan club or intellectual organization devoted to the study of copyrights to a group that produces original works of authorship to be copyrighted.  With all due respect, it is highly unlikely that if a random person were asked to guess what services are provided by US Copyright Group, he/she would guess that the company provides worldwide copyright enforcement and protection services, namely, assisting copyright holders prevent copyright infringement and recover losses due to copyright infringement.  Accordingly, the proposed mark is not merely descriptive or generic because it is not obvious at all what the company does.  In fact, it is the only company of its kind, as far as the applicant is aware.

## ADDITIONAL STATEMENTS
**Supplemental Register**

The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register').

**SIGNATURE(S)**
**Response Signature**
Signature: /jeff weaver/     Date: 02/25/2010
Signatory's Name: Jeffrey W. Weaver
Signatory's Position: Attorney of record, Virginia bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.


Serial Number: 77876140
Internet Transmission Date: Thu Feb 25 14:34:53 EST 2010
TEAS Stamp: USPTO/ROA-162.83.95.63-20100225143453049
091-77876140-460b5a9e980b9fbf643b5c1d31c
19aa6d7-N/A-N/A-20100225142528564694

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- **General trademark information**: *Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- **Technical help**: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- **Questions about USPTO programs**: *Please e-mail USPTO Contact Center (UCC).*

Case: 1:10-cv-06498 Document #: 1-2 Filed: 10/11/10 Page 5 of 5 PageID #:21

***NOTE****: Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*