**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Media Copyright Group, LLC | ) | |
| | ) | CASE NO.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: |
| | ) | Magistrate Judge: |
| Legacy 21, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### NOTICE OF TRADEMARK CLAIM PURSUANT TO LOCAL RULE 3.4

Plaintiff's attorney's address is Steele Law Firm, LLC, 161 N. Clark St. Suite 4700 Chicago, IL 60601. The registration number of the trademark at issue in this litigation is; 3779792. Defendant's address is presently unknown to Plaintiff.

Respectfully submitted,

Media Copyright Group, LLC

**DATED:** October 11, 2010

By: /s/ John Steele_____
John L. Steele (Bar No. 6292158)
Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-893-5888;   Fax 312-893-5604
john@steele-law.com
*Attorney for Plaintiff*