IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MEDIA COPYRIGHT GROUP, LLC | ) | |
| | ) | CASE NO.: 10 cv 06498 |
| Plaintiff, | ) | |
| | ) | Judge: |
| v. | ) | Magistrate Judge: |
| | ) | |
| LEGACY 21, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Media Copyright Group, LLC ("MCG"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant Century 21, LLC ("Century 21") with prejudice. MCG is dismissing this action because the parties have reached a mutually satisfactory resolution of their differences. Century 21 has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                                  Respectfully submitted,

                                                  Media Copyright Group, LLC
                                                  .

**DATED:** October 15, 2010

                                                  By:    /s/ John Steele_____
                                                             John L. Steele (Bar No. 6292158)
                                                             Steele Law Firm, LLC
                                                              161 N. Clark St.
                                                              Suite 4700
                                                              Chicago, IL 60601
                                                              312-893-5888;   Fax 312-893-5604
                                                              john@steele-law.com
                                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2010, I caused a copy of the foregoing Plaintiff's Notice of Dismissal of Complaint to be served on counsel for Defendants in this matter in the manner set forth below:

By electronic mail:

>Counsel for Defendant Century 21, LLC
>Geoffrey M. Dureska
>Dunlap, Grubb & Weaver, PLLC
>199 Liberty St. SW
>Leesburg, VA 20175

`

/s/ John Steele
Counsel for Plaintiff